UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
December 8, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> Angela Hamilton, ) <br> ) <br> Defendant. ) | Case No. 2:05-cr-499 EJG <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Angela Hamilton</u> Case No. <u>2:05-cr-499 EJG</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of _____

        ___ Unsecured Appearance Bond

        ___ Appearance Bond with 10% Deposit

        ___ Appearance Bond secured by Real Property

        ___ Corporate Surety Bail Bond

    _X_ (Other) <u>PTS conditions/supervision</u>

Issued at <u>Sacramento, CA</u> on <u>December 8, 2005</u> at 2:51 p.m.

By _____
Kimberly J. Mueller
United States Magistrate Judge