```
DENNIS S. WAKS, Bar #142581
Acting Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
ANGELA RENEE HAMILTON
```




FILED
JAN - 6 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-05-499-EJG |
| Plaintiff, | STIPULATION CONTINUING STATUS CONFERENCE AND EXCLUDING TIME; PROPOSED ORDER |
| v. | |
| ANGELA RENEE HAMILTON, | Date: February 3, 2006<br>Time: 10:00 a.m.<br>Judge: Hon. Edward J. Garcia |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through ELLEN V. ENDRIZZI, Assistant U.S. Attorney, and defendant, ANGELA RENEE HAMILTON, by and though her counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference set for January 6, 2006 be vacated and a further status conference be set for Friday, February 3, 2006 at 10:00 a.m.

This continuance is being requested because defense counsel needs

1

1  additional time to receive continuing discovery from the government.
2  The government is obtaining and will provide audio materials relevant
3  to this case.  Further, the parties need additional time to pursue plea
4  negotiations, and defense counsel will need to discuss ongoing
5  negotiations with Ms. Hamilton, who is out of custody.
6      The parties request that speedy trial time be excluded from the
7  date of this order through the date of the status conference set for
8  February 3, 2006, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv)
9  [preparation of counsel] (Local Code T4).
10 DATED: January 4, 2006                    Respectfully submitted,
11 
12 McGREGOR W. SCOTT                         DENNIS S. WAKS
   United States Attorney                   Acting Federal Defender
13 
14 
15 /s/ Ellen V. Endrizzi                    /s/ Rachelle Barbour
   ELLEN V. ENDRIZZI                        RACHELLE BARBOUR
   Assistant U.S. Attorney                  Assistant Federal Defender
16 Attorney for United States               Attorneys for Angela Hamilton

28 Stip. To Continue Status                      2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-05-499-EJG |
| Plaintiff, | ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| v. | |
| ANGELA RENEE HAMILTON, | |
| Defendant. | |

For the reasons set forth in the stipulation of the parties, filed on January 4, 2006, IT IS HEREBY ORDERED that the status conference currently scheduled for January 6, 2006, be continued until Friday, February 3, 2006 at 10:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' February 3, 2006, stipulation, the time under the Speedy Trial Act is excluded from January 6, 2006, through February 3, 2006, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: January 5, 2006

_____
EDWARD J. GARCIA
UNITED STATES DISTRICT JUDGE

Stip. To Continue Status                    1