DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ANGELA RENEE HAMILTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR. S. 05-499-EJG |
| ) | |
| Plaintiff, ) | **STIPULATION FOR ORDER EXTENDING** |
| ) | **DATE FOR SELF-SURRENDER; ORDER** |
| v. ) | |
| ) | |
| ANGELA RENEE HAMILTON, ) | Judge: Hon. Edward J. Garcia |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

Defendant, through counsel, hereby requests an extension of her self-surrender from June 6, 2006 to July 10, 2006 at 2:00 p.m. The United States concurs with this request.

Ms. Hamilton seeks an extension of time to self-surrender because she has been designated to prison in Bryan, Texas, not Dublin, California as recommended by the Court. The BOP has indicated to defense counsel that this was due to a temporary moratorium on placements at Dublin. No letter was sent to the Court by BOP explaining its inability to honor the Court's recommendation.

1  Ms. Hamilton has two small children and must make provisions for
2  them before she turns herself in.  Defense counsel also hopes that the
3  extra time may permit the BOP to honor the Court's recommendation and
4  designate Ms. Hamilton to the women's prison in Dublin.  Should the BOP
5  be unable to redesignate Ms. Hamilton to Dublin, the extension of time
6  to self-surrender will permit her to self-surrender directly to the
7  facility in Texas.  Ms. Hamilton is in compliance with her terms of
8  release and being supervised by Pretrial Services.
9  //
10 //

1 | Based upon the foregoing, the parties stipulate and request that
2 | this Court enter an Order extending the self-surrender date to July 10,
3 | 2006, at 2:00 p.m.

Dated:  May 23, 2006

                                               Respectfully submitted,

                                               DANIEL J. BRODERICK
                                               Federal Defender

                                               /s/ _Rachelle Barbour_
                                               RACHELLE BARBOUR
                                               Assistant Federal Defender

                                               McGREGOR SCOTT
                                               United States Attorney


                                               By /s/ _Ellen Endrizzi_
                                               ELLEN ENDRIZZI
                                               Asst. U.S. Attorney
                                               Attorney for Plaintiff


### **O R D E R**

The date of June 6, 2006 for self-surrender is vacated.  The new date of July 10, 2006 at 2:00 p.m. is set for self-surrender.

DATED: May _22_, 2006

                                               /s/ _Edward J. Garcia_
                                               EDWARD J. GARCIA
                                               United States District Judge