```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ANGELA RENEE HAMILTON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR. S. 05-499-EJG |
| Plaintiff, ) | **STIPULATION FOR ORDER EXTENDING** |
| ) | **DATE FOR SELF-SURRENDER; ORDER** |
| v. ) | |
| ANGELA RENEE HAMILTON, ) | Judge: Hon. Edward J. Garcia |
| Defendant. ) | |
| _____ ) | |

Defendant, through counsel, hereby requests an extension of her self-surrender date from July 10, 2006 to August 10, 2006 at 2:00 p.m. The United States concurs with this request.

Ms. Hamilton seeks an extension of time to self-surrender because she has been designated to prison in Bryan, Texas, not Dublin, California as recommended by the Court. The local BOP office indicated to defense counsel that this was due to a temporary moratorium on placements at Dublin. No letter was sent to the Court by BOP explaining its inability to honor the Court's recommendation. Defense

1 counsel contacted the local office to determine if Ms. Hamilton could
2 be redesignated to the Dublin facility.  Ultimately, the local office
3 notified defense counsel that the matter needed to be handled through
4 the centralized BOP designation center in Texas.  Operations were
5 transferred to Texas in late May and early June.  Defense counsel has
6 not yet heard back from the Texas center to determine if there are any
7 bed spaces in Dublin or any closer women's facility.
8     Ms. Hamilton has two small children and must make provisions for
9 them before she turns herself in.  Defense counsel also hopes that the
10 extra time may permit the BOP to honor the Court's recommendation and
11 designate Ms. Hamilton to the women's prison in Dublin.  Should the BOP
12 be unable to redesignate Ms. Hamilton to Dublin or to a closer women's
13 facility, the extension of time to self-surrender will permit her to
14 self-surrender directly to the facility in Texas.  Ms. Hamilton is in
15 compliance with her terms of release and being supervised by Pretrial
16 Services.
17 //
18 //

Based upon the foregoing, the parties stipulate and request that this Court enter an Order extending the self-surrender date to August 10, 2006, at 2:00 p.m.

Dated:   June 30, 2006

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Rachelle Barbour
RACHELLE BARBOUR
Assistant Federal Defender

McGREGOR SCOTT
United States Attorney

By /s/ Ellen Endrizzi
ELLEN ENDRIZZI
Asst. U.S. Attorney
Attorney for Plaintiff

**O R D E R**

The date of July 10, 2006 for self-surrender is vacated.  The new date of August 10, 2006 at 2:00 p.m. is set for self-surrender.

DATED: June 30, 2006

 /s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Judge

3