PROB 35

**ORDER TERMINATING SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

FILED
AUG - 3 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:05CR00499-01** |
| ) | |
| **ANGELA RENEE HAMILTON** ) | |

On April 14, 2006, the above-named was placed on Supervised Release for a period of 3 years. She has complied with the rules and regulations of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Michael A. Sipe

**MICHAEL A. SIPE
Senior United States Probation Officer**

Dated:   August 3, 2009
         Roseville, California
         MAS:jc

**REVIEWED BY:**   /s/ Dayna D. Ward
         for   **RICHARD A. ERTOLA
               Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

Re:   **ANGELA RENEE HAMILTON**
      Docket Number:   2:05CR00499-01
      **ORDER TERMINATING SUPERVISED RELEASE**
      <u>**PRIOR TO EXPIRATION DATE**</u>

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

_____8/3/09_____               _____
**Date**                            **Edward J. Garcia**
                                    **United States District Judge**

MAS:jc
Attachment:   Recommendation
cc:   United States Attorney's Office
      FLU Unit, AUSA's Office
      Fiscal Clerk, Clerk's Office